**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO.:

v.

ABBEX, INC. and MARLENE ALEXANDER a/k/a MARLENE S. ALEXANDER

Defendant,
_______________________________________/

# COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW the Plaintiff, United States of America, on behalf of its Agency, the Small Business Administration, brings this action against the Defendant(s) to recover damages and alleges that:

1. This is an action brought by the United States to recover damages based on Defendant(s) failure to repay a Small Business Administration (hereinafter "SBA") loan.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345. *See 28 U.S.C.*

*§ 1345.*

3. The Defendant, ABBEX, INC., (hereinafter "ABBEX"), is a Florida Corporation with its principal address located in Sarasota County, Florida within the Jurisdiction of this Court.

4. Upon information and belief, the Defendant, MARLENE ALEXANDER a/k/a MARLENE S. ALEXANDER (hereinafter "ALEXANDER"), is currently domiciled within Cook County, Illinois.

## STATEMENT OF CLAIM

5. On January 31, 2018 Defendant, ABBEX, INC., executed and delivered a Promissory Note and unconditional guarantee loan agreement to SBA in the amount of $125,000.00 with interest accruing at variable rates. A copy of the Promissory Note described herein is attached hereto and made apart hereof as Exhibit "A" (the "Note").

6. On or about January 31, 2018 Defendant, MARLENE ALEXANDER a/k/a MARLENE S. ALEXANDER, executed and delivered a personal guaranty of the payment and performance of the Agreement by ABBEX, INC., (collectively the "Commercial Guarantees"). Copies of the Commercial Guarantees are attached hereto and made a part hereof as Exhibit "B".

7. The Defendants became delinquent on the obligation on November 1, 2020 with a balance due of $100,570.71.

8. Plaintiff is the current owner and holder of the Agreement and Commercial Guarantees and all other documents and instruments associated with the Loan.

9. Demand has been made upon the defendants for payment of the indebtedness, and the Defendant has neglected or refused to pay the same.

10. As of October 27, 2026 the amount owed on the agreement is $166,675.36 inclusive of applicable fees, interest and penalties as listed on the Certificate of Indebtedness attached hereto as Exhibit "C".

11. Plaintiff declares the full amount payable under the Note to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against the Defendants for the sum of $166,675.36, plus interest to the date of judgment, administrative fees, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. § 1961 until paid in full; and for such other relief deemed fair and just.

DATED this 29th day of October 2026.

Respectfully submitted,

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com